■ In the Matter of WAYNE ROTH et al., Respondents, v TOWN OF BROOKHAVEN et al., Appellants. — In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Brookhaven denying a variance for an accessory structure, the appeal is from so much of a judgment of the Supreme Court, Suffolk County (Copertino, J.),

entered March 23, 1983, as, while dismissing the article 78 proceeding as being untimely, converted the proceeding into an action for a declaratory judgment. ¶ Judgment reversed insofar as appealed from, with costs, and the second and third decretal paragraphs are deleted. ¶ Under the facts of this case, it was an improvident exercise of discretion to convert the CPLR article 78 proceeding into an action for a declaratory judgment. Titone, J. P., Gibbons, Brown and Lawrence, JJ., concur.